UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-22206-CIV-HUCK/BANDSTRA

HARD DRIVE PRODUCTIONS, INC.,

    Plaintiff,

v.

GESSLER HERNANDEZ,

    Defendant.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon a *sua sponte* review of the record. Federal Rule of Civil Procedure 4(m) requires service of a summons and complaint to be perfected upon a defendant within 120 days after the filing of the complaint. Where the complaint is amended, however, the 120-day period provided by Rule 4(m) is restarted only as to those defendants newly added in the amended complaint. *See Kennedy v. Grova*, No. 11-61354, 2012 WL 1368139, *3 (S.D. Fla. Apr. 19, 2012) (citing *Bolden v. City of Topeka*, 441 F.3d 1129, 1148 (10th Cir. 2006)).

This action was initiated by Plaintiff on June 17, 2011, against John Does 1-32, who were identified in the original Complaint by their IP address. On April 9, 2012, Plaintiff filed an amended Complaint (D.E. No. 30) wherein only one Defendant, Gessler Hernandez, was named. The record does not reflect whether Defendant Hernandez was one of the thirty two John Does identified in the original Complaint.[1] There is also no indication in the record that Defendant Hernandez has been served. It is therefore

ORDERED that Plaintiff shall file a copy of Exhibit A referenced in the Amended Complaint by Friday, June 1, 2012. If Exhibit A reflects that Defendant Hernandez was also a plaintiff in the

---

[1] In the Amended Complaint, Plaintiff alleges at Paragraph 23 that it "created a log of IP addresses identifying the Defendant and the date and time of the Defendant's activity . . . ." Plaintiff indicates that a copy of that log is attached as Exhibit A to the Amended Complaint; it is not. Accordingly, the Court cannot determine whether Defendant Hernandez was newly added in the Amended Complaint.

original Complaint, Plaintiff shall have until Friday, June 15, 2012, to show cause why this action should not be dismissed for failure to prosecute and/or perfect service of process. Failure to show good cause will result in dismissal without prejudice or further notice. If Exhibit A reflects that Defendant Hernandez was newly added in the Amended Complaint, Plaintiff shall have until 120 days after the filing of the Amended Complaint to perfect service.

  DONE and ORDERED in chambers, Miami, FL, May 29, 2012.

_____
PAUL C. HUCK
United States District Judge

Copies furnished to:
All counsel of record