UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-22206-CIV-HUCK/BANDSTRA

HARD DRIVE PRODUCTIONS, INC.,

    Plaintiff,

vs.

GESSLER HERNANDEZ,

    Defendants.

_____/

ORDER GRANTING IN PART PLAINTIFF'S MOTION
TO EXTEND TIME FOR SERVICE OF THE COMPLAINT

THIS CAUSE is before the Court upon Plaintiff's Response to the Court's Order to Show Cause and incorporated Motion to Extend Time for Service of the Complaint (D.E. No. 40), filed June 15, 2012. The Court has reviewed the Motion and is otherwise duly advised. Accordingly, it is hereby

ORDERED that Plaintiff's Motion is GRANTED IN PART. The time in which Plaintiff must accomplish service of process in this case is hereby extended until July 31, 2012.

DONE and ORDERED in Chambers at Miami, Florida, June 18, 2012.

                                              Paul C. Huck
                                              United States District Judge

**Copies furnished to:**
All Counsel of Record