UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:11-cv-22206-Huck

HARD DRIVE PRODUCTIONS, INC.,

       Plaintiff,
  vs
.
GESSLER HERNANDEZ,

       Defendant.
_____/

**PLAINTIFF'S APPLICATION FOR LEAVE
TO TAKE EXPEDITED DISCOVERY TO LOCATE THE DEFENDANT**

Plaintiff hereby moves this Court for an Order granting Plaintiff leave to conduct an initial two-hour deposition, without production of document requests, of Darina Hernandez, the mother of the Defendant, Gessler Hernandez to allow Plaintiff to discover the location of the Defendant. Plaintiff requests a hearing, or decision without a hearing, on this motion as soon as is practicable. The attached memorandum is provided in support of this application.

Respectfully Submitted,

Hard Drive Productions, Inc.

DATED: June 22, 2012

By: /s/ Joseph Perea
Joseph Perea, FBN 47782
Joseph Perea, P.A.
9100 S. Dadeland Blvd, Ste 1500
Miami, Florida 33156
Tel: 305-396-8835
Fax: 305-396-8752
E-mail: joperea@perealawfirm.com
Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on June 22, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with the Local Rules.

                                          /s/ Joseph Perea
                                          Joseph Perea