UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-22206-CIV-HUCK/BANDSTRA

HARD DRIVE PRODUCTIONS, INC.,

      Plaintiff,

v.

GESSLER HERNANDEZ,

      Defendant.
_____/

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S AMENDED
MOTION FOR ORDER NOTIFYING DEFENDANT OF
SERVICE BY PUBLICATION**

THIS MATTER is before the Court on Plaintiff's Amended Motion for Order Notifying Defendant of Service by Publication and Requiring his Appearance (D.E. # 44), filed July 4, 2012. The Court has considered the Motion and is otherwise duly advised. Accordingly, it is hereby

ORDERED that the Amended Motion for Order Notifying Defendant of Service by Publication is DENIED WITHOUT PREJUDICE. Plaintiff shall complete the deposition of Mrs. Hernandez, which may moot the service by publication issue. However, if further relief in the form of service by publication is needed, Plaintiff may refile its motion. The period to serve Defendant, Hernandez is extended to August 10, 2012.

DONE and ORDERED, in Chambers, Miami, Florida, July 6, 2012.

_____
Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of record