UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-22206-CIV-HUCK/BANDSTRA

HARD DRIVE PRODUCTIONS, INC.,

    Plaintiff,
v.

GESSLER HERNANDEZ,

    Defendant.
_____/

### ORDER DENYING PLAINTIFF'S AMENDED MOTION FOR SERVICE BY PUBLICATION

THIS MATTER is before the Court upon Plaintiff's Renewed Amended Motion for Order Notifying Defendant of Service by Publication and Requiring His Appearance (D.E. No. 47), filed July 18, 2012. The Court has reviewed the Motion and is otherwise duly advised. Accordingly, it is hereby

ORDERED that the Motion is DENIED WITHOUT PREJUDICE. Simultaneous with the entry of this Order, the Court will enter and Order directing non-party Darina Hernandez to show cause as to why she should not be held in contempt of court for failing to appear for her deposition. The period to serve Defendant is extended to August 24, 2012.

DONE and ORDERED in Chambers at Miami, Florida, this July 24, 2012.

_____
Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of Record